IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK WILSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 06-2450 |
| | : | |
| v. | : | |
| | : | |
| KATE ZIELKE, et al. | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 13th day of April, 2009, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment (Docket No. 27) is DENIED.

2. Plaintiff's Motion *in Limine* for Court Supervision of Video Depositions (Docket No. 46) is DENIED AS MOOT without prejudice.

3. Defendants' Motion *in Limine* to Admit Evidence of Plaintiff's Prior Lawsuit Against WaWa (Docket No. 42) is DENIED.

4. Plaintiff's Motion *in Limine* (Docket No. 50) is GRANTED IN PART AND DENIED IN PART, as explained in the Court's Memorandum.

5. Plaintiff's Motion *in Limine* Regarding the Admissibility of Evidence of Plaintiff's Alcoholism and/or Substance Abuse. (Doc. No. 43) is GRANTED as limited by the Court's Memorandum.

6. Plaintiff's Motion for Reconsideration (Doc. No. 75) is DENIED.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES II       J.