IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK WILSON, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 06-2450 |
| v. | : | |
| KATE ZIELKE, et al. | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 23rd day of April, 2009, it is hereby ORDERED that:

1. The Court's April 13th Memorandum (Docket No. 76) and Order (Docket No. 77) are VACATED and REPLACED BY this Memorandum and Order.

2. Defendant's Motion for Summary Judgment (Docket No. 27) is GRANTED as to Defendant Philip Pisani and DENIED as to Defendant Kate Zielke.

3. Plaintiff's Motion *in Limine* for Court Supervision of Video Depositions (Docket No. 46) is DENIED AS MOOT without prejudice.

4. Defendants' Motion *in Limine* to Admit Evidence of Plaintiff's Prior Lawsuit Against WaWa (Docket No. 42) is DENIED.

5. Plaintiff's Motion *in Limine* (Docket No. 50) is GRANTED IN PART AND DENIED IN PART, as explained in the Court's Memorandum.

6. Plaintiff's Motion *in Limine* Regarding the Admissibility of Evidence of Plaintiff's Alcoholism and/or Substance Abuse. (Doc. No. 43) is GRANTED as limited by the Court's Memorandum.

7. Plaintiff's Motion for Reconsideration (Doc. No. 75) is DENIED.

BY THE COURT:

/s/ C. Darnell Jones II

_____
C. DARNELL JONES II      J.